■ Francisco Medrano et al., Appellants, v 860 Broadway Corp., Doing Business as The Underground, et al., Defendants, and Lautob Realty Company et al., Respondents. [621 NYS2d 871] —Order, Supreme Court, New York County (Helen E. Freedman, J.), entered on or about September 20, 1993, unanimously affirmed for the reasons stated by Freedman, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Wallach, Kupferman and Ross, JJ.